E-FILED
Monday, 20 August, 2018  01:12:57 PM
Clerk, U.S. District Court, ILCD

042639/19344/JNR/DSF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JOHN COLASURDO, | |
| Plaintiff, | |
| v. | No. 1:17-cv-1215 |
| CHERYL HANSEN, WEXFORD HEALTH SOURCES, INC., CHRISTY LNU, KRISI ESHELMAN, SHERRI POWER and AMY ADAMS, | |
| Defendants. | |

## ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COME Defendants, CHERYL HANSEN, WEXFORD HEALTH SOURCES, INC., SHERRI POWER and AMY ADAMS, by their attorney, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's June 14, 2018, Order, hereby submit their Answer and Affirmative Defenses to Plaintiff's Third Amended Complaint, stating as follows:

1.    Defendant Power admits that she has been employed as a licensed practical nurse at Pontiac Correctional Center at the time relevant to the Complaint.

2.    Defendant Hansen admits that she has been employed by Wexford Health Sources, Inc., as a nurse practitioner at Pontiac Correctional Center at what appears to be the time period relevant to the Complaint.

3.    Defendant Adams admits that she has been employed by Wexford Health Sources, Inc., as a psychiatry mental health nurse practitioner at Pontiac Correctional Center at what appears to be a time period relevant to the Complaint. Defendant denies she was employed

at Pontiac prior to February 14, 2018, and denies any involvement in Plaintiff's alleged violations prior to that time.

4.     Defendant Wexford admits that it is a vendor to the State of Illinois/Department of Corrections providing medical services in accordance with the terms of its contract.

5.     Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

6.     Defendants deny that any act or omission on their part constitutes deliberate indifference to a serious medical need.

7.     Defendants deny that Plaintiff had a serious medical need as alleged in the Complaint.

8.     Defendants deny Plaintiff had a serious mental health need as alleged in the Complaint.

9.     Defendants deny that they do not examine Plaintiff when he is scheduled for sick call.

10.     Defendants deny falsifying Plaintiff's medical records.

11.     Defendants deny unconstitutionally adjusting Plaintiff's medications without justification.

12.     Defendants deny that any response they may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious medical need.

13.     Defendants deny that Plaintiff was injured by any act, omission, or delay allegedly caused by Defendants.

14.     Defendant Wexford denies maintaining an unconstitutional custom, policy or practice of understaffing Pontiac Correctional Center.

15.     Defendant Wexford denies maintaining an unconstitutional custom, policy or practice of denying inmates medical care to save money.

16.     Defendants deny that Plaintiff is entitled to any relief whatsoever. Defendants deny that Plaintiff's claims are meritorious.

**DEFENDANTS DEMAND TRIAL BY JURY**

<u>**AFFIRMATIVE DEFENSES**</u>

1.     At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.[1]

2.     At all times relevant herein, Defendants acted in good faith and in conformity with existing precedent.  They are therefore entitled to good faith immunity from damages. *Wyatt v. Cole*, 504 U.S. 158, 169 (1992).

3.     To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

4.     To the extent Plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

5.     At all times relevant herein, Defendants' duties were limited to those that were delegated to them by their employer and that their employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

---

[1] Defendants acknowledge in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees.  Defendants assert this defense to preserve it for appeal.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THEIR AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendants respectfully request this Honorable Court deny Plaintiff any relief in this matter and grant Defendants judgment as to all matters and any other relief deemed appropriate, including cost of suit.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: _/s/ Daniel S. Fornoff_____
        Attorneys for Defendants, CHERYL
        HANSEN, WEXFORD HEALTH SOURCES,
        INC., SHERRI POWER and AMY ADAMS

Daniel S. Fornoff
ARDC No. 6312827
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
dfornoff@cassiday.com

1:17-cv-01215-CSB   # 109   Page 5 of 5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2018, I electronically filed the foregoing Answer to

Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF

system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 E. Washington Street
Urbana IL 61802
(217) 278-3332
ataborga@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's

Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF

participant at the following address by depositing the same in the U.S. mail located in

Springfield, Illinois, with proper postage prepaid, on August 20, 2018.  Under penalties as

provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are

true and correct:

PRO SE:
John Colasurdo K88438
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764


/s/ Daniel S. Fornoff

8921153 DFORNOFF;DFORNOFF

5