E-FILED
Friday, 09 November, 2018 03:10:32 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOHN COLASURDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-CV-1215 |
| vs. | ) | |
| | ) | |
| CHERYL HANSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO UNSEAL**

NOW COME Defendants, KRISI ESHELMAN, JESSICA CHICKE, GINGER DAVIS, and TRACI KJELLESVIK, by and through their attorney, LISA MADIGAN, Attorney General for the State of Illinois, and hereby move the Court to unseal Plaintiff's Prisoner Trust Fund Ledger. [Doc. 4]. In support of their motion, Defendants state the following:

1. On May 15, 2017, Plaintiff filed a Petition to Proceed *In Forma Pauperis*. [Doc. 3]. Plaintiff's petition included a copy of his Prisoner Trust Fund Ledger. [Doc. 4].

2. Defendants attempted to download a copy of Plaintiff's Prisoner Trust Fund Ledger, [Doc. 4], from the ECF system. Defendants noted that the ECF system indicates that Plaintiff's Prisoner Trust Fund Ledger is currently under seal. As such, Defendants are required to file a Motion to Unseal in order to receive a copy.

3. Defendants would like to review Plaintiff's Prisoner Trust Fund Ledger to determine the accuracy of Plaintiff's Petition to Proceed *In Forma Pauperis*.

4. Therefore, Defendants respectfully request that this honorable Court unseal Plaintiff's Prisoner Trust Fund Ledger, [Doc. 4], in order to allow Defendants to receive a copy from the Clerk's Office.

Dated: November 9, 2018

Respectfully submitted,

Lisa Madigan
Attorney General for the State of Illinois
*Counsel for Defendants*,
KRISI ESHELMAN, JESSICA CHICKE, GINGER DAVIS, AND TRACI KJELLESVIK

By: *s/ Tim Sullivan*
Tim Sullivan
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3331
E-Mail: TSullivan@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018 I electronically filed the foregoing, *Defendants' Motion to Unseal*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

John Colasurdo #K88438
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

By: *s/ Tim Sullivan*

Tim Sullivan
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3331
E-Mail: TSullivan@atg.state.il.us